## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MARK SEELEY                                          PLAINTIFF

V.                        NO. 1:11CV00041 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in

favor of Defendant, dismissing this case, with prejudice.

DATED this 8th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE